[Nos. 12114–6–I; 13332–2–I. Division One. December 5, 1984.]

CASCADE SAVINGS AND LOAN ASSOCIATION, *Respondent*, v.
LARRY G. WALTRIP, ET AL, *Appellants.*

JAMES O. JENKINS, ET AL, *Respondents*, v. CASCADE
SAVINGS AND LOAN ASSOCIATION, *Appellant.*

ROBERT B. MILLARD, ET AL, *Respondents*, v. CASCADE
SAVINGS AND LOAN ASSOCIATION, *Appellant.*

DONALD E. NORDSTRUD, ET AL, *Respondents*, v. CASCADE
SAVINGS AND LOAN ASSOCIATION, *Appellant.*

DANIEL E. HEATON, ET AL, *Respondents*, v. CASCADE
SAVINGS AND LOAN ASSOCIATION, *Appellant.*

CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant*, v.
ROBERT B. BOYD, ET AL, *Respondents.*

HORIZON MUTUAL SAVINGS BANK, *Appellant*, v. CLYDE
A. LOFDAHL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–2–00334–2, Jack S. Kurtz, J., entered
August 16, 1982; appeal from judgments of the Superior
Court for Snohomish County, Nos. 82–2–00217–6, 82–2–
00215–0, 82–2–00856–5, 81–2–01898–8, Gerald L. Knight,
J., entered June 6, 1983. *Remanded* for recovery of prevail-
ing parties' costs by unpublished per curiam opinion.

[No. 12335–1–I. Division One. December 5, 1984.]

*In the Matter of the Estate of*
BETTY L. COUTY.

Appeal from a judgment of the Superior Court for King
County, No. 79–4–00269–8, Horton Smith, J., entered Sep-
tember 8, 1982. *Affirmed* by unpublished opinion per
Durham, C.J., concurred in by Swanson and Coleman, JJ.